No. 10–5013. BROOKS v. LUBBOCK COUNTY HOSPITAL DISTRICT, DBA UMC HEALTH SYSTEM. C. A. 5th Cir. Certiorari denied. 

No. 10–5014. CLAYCOMB v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 10–5015. COLVIN v. SHEETS, WARDEN. C. A. 6th Cir. Certiorari denied. 

No. 10–5016. KUHS v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. 

No. 10–5017. LEWIS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–5018. LONG v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 10–5020. MANGINO v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 10–5021. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–5023. SAPP v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 10–5024. SED v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 10–5026. MARTIN v. HOLLOWAY ET AL. Sup. Ct. Ohio. Certiorari denied. 

No. 10–5027. LEON v. MCCALL, WARDEN. C. A. 4th Cir. Certiorari denied. 

No. 10–5028. WALSH v. QUINN ET AL. C. A. 3d Cir. Certiorari denied. 

No. 10–5029. WILLIAMS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. 

No. 10–5032. WELLS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.